# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 213CV00014

2013 MAR 27 AM 10:18

TX EASTERN MARSHALL

BY:_____

FWT2013000097

**Plaintiff:**
**PERSONAL AUDIO, LLC**

vs.

**Defendant:**
**ACE BROADCASTING NETWORK, LLC**

For:
Papool Chaudhari
REYES BROWNE
5950 Berkshire Lane
Suite 410
Dallas, TX 75225

Received these papers on the 11th day of January, 2013 at 2:01 pm to be served on **ACE BROADCASTING NETWORK, LLC BY DELIVERING TO THE REGISTERED AGENT, 10061 RIVERSIDE DRIVE, #276, TOLUCA LAKE, CA 91602**.

I, D'Ann R. Gardner, being duly sworn, depose and say that on the **8th day of March, 2013 at 7:54 am, I:**

affirm a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND EXHIBIT A were delivered via **CERTIFIED MAIL/RETURN RECEIPT REQUESTED**, to ACE BROADCASTING NETWORK, LLC BY DELIVERING TO THE REGISTERED AGENT at 10061 RIVERSIDE DRIVE, #276, TOLUCA LAKE, CA 91602, as evidenced by proof of delivery attached, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/4/2013 11:52 am   Attempted Service. SENT CERTIFIED MAIL/RETURN RECEIPT REQUESTED TO THE ADDRESS OF 10061 RIVERSIDE DR. #276, TOLUCA LAKE CALIFORNIA 91602. (7011 2970 0002 4937 0666)
3/19/2013 11:03 am   Received signed green card (PS Form 3811) back showing delivery on 3/8/13.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and each is true and correct.

Subscribed and Sworn to before me on the 20 day of MARCH, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

GARY LYNN THORNTON
Notary Public, State of Texas
My Commission Expires
August 23, 2015

D'Ann R. Gardner
SCH-1542; Exp: 9/30/14

Our Job Serial Number: FWT-2013000097
Ref: 233552
Service Fee: 180.—



Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5h

English        Customer Service        USPS Mobile                                           Register / Sign In



Search USPS.com or Track Packages

Quick Tools            Ship a Package      Send Mail      Manage Your Mail       Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112970000249370666 | | Delivered | March 08, 2013 7:54 am | NORTH HOLLYWOOD CA 91602 | Certified Mail™ |

### Check on Another Item
What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ace Broadcasting Network, LLC By Delivering the Registered Agent:
10061 Riverside Dr. #276
Toluca Lake, CA 91602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7011 2970 0002 4937 0666

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540