# Exhibit B

# NEUFELD, MARKS & GRALNEK
## A PROFESSIONAL CORPORATION

360 East Second Street • Suite 703 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650 • Website: www.neufeldmarks.com

ERIN E. BRADY
DAVID L. COHEN
ROBERT M. GOLDFRIED
GAELLE H. GRALNEK
PAUL S. MARKS
TIMOTHY L. NEUFELD
YURIKO MARY SHIKAI
EVA WONG

ALLEN E. RENNETT, Of Counsel

GABRIELA NEUFELD, Legal Assistant

ERIN E. BRADY
Direct Dial: (213) 229-2464
ebrady@neufeldmarks.com

April 23, 2013

**VIA FACSIMILE AND U.S. MAIL**

Papool S. Chaudhari
Reyes Browne Reilley
5950 Berkshire Lane, Suite 410
Dallas, Texas 75225

Re:   Complaint entitled *Personal Audio, LLC v. Ace Broadcasting Network, LLC*

Dear Mr. Chaudhari:

The summons and complaint in the *Personal Audio, LLC v. ACE Broadcasting Network, LLC* matter filed in the United States Eastern District of Texas, Case No. 2:13-cv-00014 –JRG-RSP, have been referred to our office for handling.

Please be advised that the post office box located at 10061 Riverside Drive, #276, Toluca Lake, CA 91602, does not now have, nor has it ever had, any affiliation with the named defendant – ACE Broadcasting Network, LLC, a Delaware LLC.  A review of the Delaware Division of Corporations website should provide you with identifying information for that entity's agent for service of process for that entity.

Further, please be advised that the undersigned is not authorized to accept service on behalf of any party in this action.

Sincerely,

Erin E. Brady

EEB:eeb
174576.1