# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOTZI DIGITAL, INC. AND THE PARTNERSHIP CONSISTING OF ADAM CAROLLA, DONNY MISRAJE, KATHEE SCHNEIDER-MISRAJE, SANDY GANZ AND DOES 1-10, INCLUSIVE, DBA "ACE BROADCASTING" AND/OR "CAROLLA DIGITAL"<br><br>Defendants. | CIVIL ACTION NO. 2:13-CV-14 |

## NOTICE OF APPEARANCE

Plaintiff, Personal Audio, LLC hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, that John A. Lee enters his appearance, in this matter as counsel for Plaintiff for the purpose of receiving notices and orders from the Court.

Dated: July 1, 2014

                                                Respectfully submitted,

                                                /s/ John A. Lee
                                              John A. Lee

                                              BANIE & ISHIMOTO LLP
                                              1370 WILLOW ROAD, 2ND FLOOR
                                              MENLO PARK, CA 94025
                                              Telephone: (650) 241-2774
                                              Facsimile: (650) 241-2770

                                              **Attorney for Plaintiff Personal Audio, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 1st day of July, 2014.

/s/ John A. Lee
John A. Lee