# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-cv-00014-JRG-RSP |
| | § | |
| ACE BROADCASTING NETWORK, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter for Plaintiff Personal Audio, LLC for purposes of receiving notices and orders from the Court.

Dated: July 31, 2014

Respectfully submitted,

By: */s/ Andrew W. Spangler*
Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@spanglerlawpc.com

ATTORNEY FOR
PERSONAL AUDIO, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 31st day of July, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Andrew W. Spangler*
Andrew W. Spangler